NUMBER
13-10-00457-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

DOUGLAS HOOPER D/B/A 

DOUGLAS REMODELING,
INC.,                                                 Appellant,

 

                                                             v.

 

LAURA LISA CAVAZOS,                                                               Appellee.


____________________________________________________________

 

                           On
appeal from the 197th District Court 

                                       of
Willacy County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                     Before
Justices Yañez, Garza, and Benavides 

Memorandum Opinion
Per Curiam

 








Appellant
perfected an appeal from a judgment entered by the 197th District Court of Willacy
County, Texas, in cause number 2009-CV-0187-A.  Appellant has filed an
unopposed motion to dismiss the appeal on grounds that the parties have reached
an agreement to settle and compromise their differences.  Appellant requests
that this Court dismiss the appeal.

The
Court, having considered the documents on file and appellant=s unopposed motion to dismiss the appeal, is of the
opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and the appeal is hereby
DISMISSED.  Costs will be taxed against appellant.  See Tex. R. App. P. 42.1(d) ("Absent agreement
of the parties, the court will tax costs against the appellant.").  Having
dismissed the appeal at appellant=s request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the

7th day of October, 2010.